IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bulliner, Darryl | Case Number: 08 B 00700 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 1/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 17, 2008
Confirmed: April 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,920.00 | |
| Secured: | | 1,432.01 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 364.13 |
| Trustee Fee: | | 123.86 |
| Other Funds: | | 0.00 |
| Totals: | 1,920.00 | 1,920.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,500.00 | 364.13 |
| 2. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 1,483.54 | 240.00 |
| 5. | HomEq Servicing Corp | Secured | 24,420.95 | 1,192.01 |
| 6. | Illinois Dept of Revenue | Priority | 1,762.48 | 0.00 |
| 7. | Internal Revenue Service | Priority | 598.00 | 0.00 |
| 8. | Nelnet Student Loan Corp | Unsecured | 0.00 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 487.63 | 0.00 |
| 10. | B-Real LLC | Unsecured | 621.50 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 488.20 | 0.00 |
| 12. | Centurion Bank | Unsecured | 394.73 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 0.94 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 189.48 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 121.07 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 2,345.19 | 0.00 |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 35,413.71 | $ 1,796.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 4.57 |
| 6.5% | 119.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bulliner, Darryl

Printed: 9/3/08

Case Number: 08 B 00700
Judge: Wedoff, Eugene R
Filed: 1/14/08

_____
$ 123.86

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____